BRAY v. N.C. FARM BUREAU MUT. INS. CO.

No. 401PA94

Case below: 115 N.C.App. 439

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 October 1994.

BROWING v. CAROLINA POWER & LIGHT CO.

No. 225A94

Case below: 114 N.C.App. 229

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals allowed 5 October 1994.

COASTAL READY-MIX CONCRETE CO. v. N.C. COASTAL RES. COMM.

No. 451P94

Case below: 116 N.C.App. 119

Petition by defendant for temporary stay allowed 22 September 1994. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994. Petition by Attorney General for writ of supersedeas denied and stay dissolved 5 October 1994.

DAVIS v. JOYCE

No. 418P94

Case below: 115 N.C.App. 728

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.

DUBLIN v. UCR, INC.

No. 361P94

Case below: 115 N.C.App. 209

Motion by plaintiffs to dismiss the appeal by defendant (U-Can Rent, Inc. II) and third-party defendant (Voyager Property and Casualty Ins. Co.) for lack of substantial constitutional question allowed 5 October 1994. Petitions by defendant (U-Can Rent, Inc. II) and third-party defendant (Voyager Property and Casualty Ins. Co.) for discretionary review pursuant to G.S. 7A-31 denied 5 October 1994.